1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 385-7517
4
5  Attorneys for Plaintiff
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 MELISSA HACKWELL CLARK         )
   xxx-xx-3302                    )   Case No.   15-375 EFB
12                                )
                                  )   STIPULATION AND ~~PROPOSED~~
13            Plaintiff,          )   ORDER EXTENDING PLAINTIFF'S
                                  )   TIME TO FILE SUMMARY
14 v.                             )   JUDGEMENT MOTION
                                  )
15 COMMISSIONER OF SSA            )
                                  )
16            Defendant.          )
                                  )
17 _____  )
18
19     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
20 Plaintiff's time to file her summary judgment motion is hereby extended from August 6, 2015, to
21 September 10, 2015, with all other deadlines extended accordingly.  This extension is required due
22 to counsel's crowded briefing scheduled time out of the office schedule.
23
24 / / / /
25 / / / /
26 / / / /
27
28

                                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   August 6, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: August 6, 2015 | Benjamin B. Wagner <br> United States Attorney |
| 8 | | Donna L. Calvert <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| 9 | | |
| 10 | | /s/ Sharon Lahey |
| 11 | | SHARON LAHEY |
| 12 | | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   August 10, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2