BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HACKWELL CLARK<br>xxx-xx-3302<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>          Defendant. | Case No.   15-375 EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from September 10, 2015, to September 25, 2015, with all other deadlines extended accordingly.  This extension is required due to counsel's unexpected need to be out of the office due to care taking responsibilities.

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   September 10, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: September 10, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 8 | | Donna L. Calvert |
| 9 | | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | /s/ Sharon Lahey |
| 11 | | SHARON LAHEY |
| 12 | | Special Assistant United States Attorney<br>Attorneys for Defendant |
| 13 | | |
| 14 | | |
| 15 | | **ORDER** |
| 16 | APPROVED AND SO ORDERED. | |
| 17 | DATED:   September 14, 2015. | |
| 18 | | HONORABLE EDMUND F. BRENNAN |
| 19 | | U.S. MAGISTRATE JUDGE |

2