1  BENJAMIN B. WAGNER
2  United States Attorney
   DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY
   California State Bar No. 263027
5  Special Assistant United States Attorney
6    160 Spear Street, Suite 800
     San Francisco, California 94105
7    Telephone: (415) 977-8963
     Facsimile: (415) 744-0134
8    E-Mail: Sharon.Lahey@ssa.com

10 ATTORNEYS FOR DEFENDANT

11                          UNITED STATES DISTRICT COURT
12                          EASTERN DISTRICT OF CALIFORNIA
13                                 SACRAMENTO DIVISION

14                                                 )   CIVIL NO. 2:15-cv-00375 EFB
                                                   )
15 MELISSA HACKWELL CLARK,                         )   **STIPULATION AND** ~~PROPOSED~~
                                                   )   **ORDER FOR A FIRST EXTENSION**
16      Plaintiff,                                 )   **OF 30 DAYS FOR DEFENDANT TO**
                                                   )   **RESPOND TO PLAINTIFF'S MOTION**
17      vs.                                        )   **FOR SUMMARY JUDGMENT**
                                                   )   **AND/OR TO FILE ANY CROSS-**
18 CAROLYN W. COLVIN, Acting Commissioner          )   **MOTIONS**
   Of Social Security,                             )
19                                                 )
                                                   )
20      Defendant.

21      IT IS HEREBY STIPULATED, by and between Melissa Hackwell Clark (Plaintiff) and

22 Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their

23 respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to

24 respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  The current due

25 date is November 18, 2015.  The new due date will be December 21, 2015.  This is the first extension

26 of time requested by Defendant and the fourth extension of time requested in the above-captioned

27 matter.  Defense counsel requires additional time to adequately address the issues Plaintiff raises in her

28 motion for summary judgment due to workload as well as ongoing medical leave.

STIPULATION & ~~PROPOSED~~ ORDER                                          (CIVIL NO. 2:15-cv-00375 EFB)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 19, 2015                    BESS M. BREWER

By: /s/ *Bess M. Brewer*\*
BESS M. BREWER
(\*As authorized by email on November 19, 2015)
Attorneys for Plaintiff

Dated: November 19, 2015                    BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before December 21, 2015.  Plaintiff shall file any reply thereto on or before January 11, 2016.

DATED:  November 19, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION & P̶R̶O̶P̶O̶S̶E̶D̶ ORDER                                              (CIVIL NO. 2:15-cv-00375 EFB)