BENJAMIN B. WAGNER
United States Attorney

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MELISSA HACKWELL CLARK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 2:15-cv-00375 EFB<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or the Commissioner) has agreed to voluntarily remand this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence consistent with 20 C.F.R. section 404.1527, and Social Security Rulings

96-2p and 96-5p.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision

Date: December 18, 2015	BESS M. BREWER


By:  /s/  *Bess M. Brewer*
BESS M. BREWER
Attorneys for Plaintiff
(*As authorized by e-mail on December [], 2015)

Date: December 18, 2015	BENJAMIN B. WAGNER
United States Attorney

By:  /s/  *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated:  December 29, 2015.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE